IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-277-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MICHAEL ASKINS,

    Defendant.

---

**INDICTMENT**
**Counts 1-3:** 26 U.S.C. § 7206(1)
**Count 4:** 26 U.S.C. § 7203

---

    The Grand Jury charges that:

### Count 1

    On or about December 30, 2009, in the State and District of Colorado, the defendant, John Michael Askins, did willfully make and subscribe a 2007 U.S. Individual Income Tax Return, Form 1040, which contained and was verified by a written declaration that it was made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, namely, that the gross receipts or sales from his Schedule C business were $203,124, whereas, as he then knew, the income from his business, Service Master, was substantially greater, all in violation of Title 26, United States Code, Section 7206(1).

## Count 2

On or about December 30, 2009, in the State and District of Colorado, the defendant, John Michael Askins, did willfully make and subscribe a 2008 U.S. Individual Income Tax Return, Form 1040, which contained and was verified by a written declaration that it was made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, namely, that the gross receipts or sales from his Schedule C business were $80,069, whereas, as he then knew, the income from his business, Service Master, was substantially greater, all in violation of Title 26, United States Code, Section 7206(1).

## Count 3

On or about October 25, 2010, in the State and District of Colorado, the defendant, John Michael Askins, did willfully make and subscribe a 2009 U.S. Individual Income Tax Return, Form 1040, which contained and was verified by a written declaration that it was made under the penalties of perjury, and which he did not believe to be true and correct as to every material matter, namely, that the gross receipts or sales from his Schedule C business were $55,022, whereas, as he then knew, the income from his business, Service Master, was substantially greater, all in violation of Title 26, United States Code, Section 7206(1).

## Count 4

During 2010, in the State and District of Colorado, the defendant, John Michael Askins, a resident of Evergreen, Colorado, had and received gross income of

approximately $213,041.  Because of such gross income, he was required by law, on or before October 15, 2011, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing, the defendant, John Michael Askins, did willfully fail to make an income tax return as required, all in violation of Title 26, United States Code, Section 7203.

                A TRUE BILL

                <u>Ink signature on file in Clerk's Office</u>
                FOREPERSON

JOHN F. WALSH
UNITED STATES ATTORNEY

By:  <u>s/Martha A. Paluch</u>
Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0402
E-mail: martha.paluch@usdoj.gov
Attorney for the United States

3