DEFENDANT: JOHN MICHAEL ASKINS

YOB:  1954

ADDRESS:    Evergreen, CO

COMPLAINT FILED?          _____ YES   X ___ NO

OFFENSES:              **Counts 1-3:**   26 U.S.C. § 7206(1) – False Returns
                       **Count 4:**      26 U.S.C. § 7203 – Failure to File Return

LOCATION OF OFFENSE:       Jefferson County, Colorado

PENALTY:               **Counts 1-3:**  NMT 3 years imprisonment; a fine of NMT
                       $250,000; costs of prosecution; NMT 1 year
                       supervised release; and $100 Special
                       Assessment

                       **Count 4:**     NMT 1 year imprisonment; a fine of NMT
                       $100,000; costs of prosecution; NMT 1 year
                       supervised release; and $25 Special
                       Assessment

AGENT:            Special Agent Timothy Chase, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
____X___ five days or less
_____ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
_____X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      _____     Yes         __X___ No