IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00277-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  JOHN MICHAEL ASKINS,

 Defendant.

## ORDER OF RECUSAL

 This matter is before me on review of the file. Assistant U.S. Attorney Martha Ann Paluch has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Ms. Paluch, I must recuse myself from this case. It is therefore

 ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

 DATED July 7, 2015.

        BY THE COURT:

        s/Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge