IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOHN MICHAEL ASKINS**,

    Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Brian R. Leedy
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  brian_leedy@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. John Michael Askins (U.S. Mail)

    s/Brian R. Leedy_____
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  brian_leedy@fd.org
    Attorney for Defendant