IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOHN MICHAEL ASKINS**,

    Defendant.
_____

**UNNOPPOSED MOTION FOR EXTENSION OF MOTIONS FILING DEADLINES**
_____

Mr. Askins, through undersigned counsel, Brian R. Leedy, Assistant Federal Public Defender, and unopposed by counsel for the government, respectfully request that the filing deadline for pretrial motions be extended by 10 days to August 31, 2015, and the filing deadline for responses be extended to September 8, 2015.

Undersigned counsel received discovery in electronic format on July 28, 2015. The production includes approximately 3000 pages of documents including bank records, tax records, memoranda of law enforcement investigation, and insurance documents. Counsel requires additional time to review discovery with Mr. Askins, evaluate and research potential pretrial motions issues, and perform any necessary investigation in advance of the current pretrial motion deadline of August 21, 2015. Doc. 14. Counsel has conferred with government counsel who has no objection to this request.

Wherefore, Mr. Askins, through undersigned counsel, Brian R. Leedy, Assistant Federal Public Defender, and unopposed by counsel for the government, respectfully request that the filing deadline for pretrial motions be extended by 10 days to August 31, 2015, and the filing deadline for responses be extended to September 8, 2015.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Brian R. Leedy_____
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  brian_leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, I electronically filed the foregoing

**UNNOPPOSED MOTION FOR EXTENSION
OF MOTIONS FILING DEADLINES**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email:  martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. John Michael Askins (U.S. Mail)

    s/Brian R. Leedy_____
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  brian_leedy@fd.org
    Attorney for Defendant