IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOHN MICHAEL ASKINS**,

       Defendant.
_____

**NOTICE OF DISPOSITION**
_____

     Notice is hereby given that a disposition has been reached in the above-captioned case.  The parties request permission to contact chambers to jointly schedule a change of plea hearing.

                                       Respectfully submitted,

                                       VIRGINIA L. GRADY
                                       Federal Public Defender


                                       s/Brian R. Leedy_____
                                       BRIAN R. LEEDY
                                       Assistant Federal Public Defender
                                       633 Seventeenth Street, Suite 1000
                                       Denver, Colorado  80202
                                       Telephone:  (303) 294-7002
                                       FAX:  (303) 294-1192
                                       Email:  brian_leedy@fd.org
                                       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. John Michael Askins (U.S. Mail)

    s/Brian R. Leedy_____
    BRIAN R. LEEDY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: brian_leedy@fd.org
    Attorney for Defendant