IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**JOHN MICHAEL ASKINS**,

        Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**
_____

Mr. Askins, through counsel, and unopposed by counsel for the government, respectfully requests a continuance of the change of plea hearing scheduled for October 21, 2015, at 3:00 p.m. Doc. 19.

Undersigned counsel requires additional time to meet and confer with Mr. Askins, and government counsel, in reference to terms of the proposed plea agreement relating to payment of restitution, before submitting the proposed plea agreement to the Court in advance of a change of plea hearing. The parties' respective sentencing positions in the Plea Agreement may be affected by the terms pertaining to payment of restitution, and as such, additional time is required before a change of plea hearing to finalize the plea documents. Mr. Askins remains on personal recognizance bond as ordered on July 23, 2015. Doc. 6.

Counsel anticipates that any required additions or corrections to the Plea Agreement will be made within 30 days of the currently scheduled hearing.  Both parties request permission to contact chambers directly to reset the hearing to a date and time that accommodates the Court's calendar, and those of the parties.  The parties respectfully request that the Court vacate the Final Trial Preparation Conference and Jury Trial that are currently scheduled for October 21, and October 26, 2015.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Brian R. Leedy_____
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  brian_leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2015, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Martha Ann Paluch
   Assistant U.S. Attorney
   Email:  martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. John Michael Askins (U.S. Mail)

                      s/Brian R. Leedy_____
                      BRIAN R. LEEDY
                      Assistant Federal Public Defender
                      633 Seventeenth Street, Suite 1000
                      Denver, Colorado  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Email:  brian_leedy@fd.org
                      Attorney for Defendant