IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MICHAEL ASKINS,

    Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL
ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)**

---

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Assistant U.S. Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 6th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Brian R. Leedy
Assistant Federal Public Defender
Attorney for Defendant John Michael Askins
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Brian_Leedy@fd.org.

Michelle D. Means
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2509
Michelle_means@cod.uscourts.gov

                                                s/ *Mariah Tracy*
                                                MARIAH TRACY
                                                Legal Assistant
                                                U.S. Attorney's Office
                                                1225 17th St., Suite 700
                                                Denver, CO  80202
                                                Telephone:  (303) 454-0100
                                                Fax:  (303) 454-0401
                                                e-mail: Mariah.Tracy@usdoj.gov