IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MICHAEL ASKINS,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant John Michael Askins's plea of guilty to Count 1 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2 through 4 of the Indictment at the time of sentencing.

    Respectfully submitted,

    *s/ Martha A. Paluch*
    Martha A. Paluch
    Assistant U.S. Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, CO  80202
    (303) 454-0100
    Martha.paluch@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Brian R. Leedy
Assistant Federal Public Defender
Attorney for Defendant John Michael Askins
633 17th Street, Suite 1000
Denver, CO  80202
(303) 294-7002
Brian_Leedy@fd.org.

Michelle D. Means
U.S. Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294
(303) 335-2509
Michelle_means@cod.uscourts.gov

                                                            s/ *Mariah Tracy*
                                                            MARIAH TRACY
                                                            Legal Assistant
                                                            U.S. Attorney's Office
                                                            1225 17th St., Suite 700
                                                            Denver, CO  80202
                                                            Telephone:  (303) 454-0100
                                                           Fax:  (303) 454-0401
                                                           e-mail: Mariah.Tracy@usdoj.gov