IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00277-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**JOHN MICHAEL ASKINS**,

        Defendant.

_____

### UNOPPOSED MOTION FOR A ONE LEVEL DOWNWARD DEPARTURE IN EXCHANGE FOR APPELLATE WAIVER
_____

Mr. Askins, through counsel, Brian R. Leedy, Assistant Federal Public Defender, respectfully requests a one-level downward departure pursuant to the Plea Agreement (Doc. 23) in which the United States agreed to not oppose a one-level reduction in exchange for the defendant's appellate waiver.

This request is made pursuant to USSG § 5K2.0, and based upon the perceived benefits of an appellate waiver to the trial court, the appellate court and the government, acknowledged in the plea agreement.[1] The resulting offense level would be 12, and the resulting guideline range, based on a criminal history category of I, would be 10-16 months.

---

[1] Application Note 5 to USSG 2K2.0 provides, in part, "Even though a departure may not be based merely on the fact that the defendant agreed to plead guilty or enter a plea agreement, a departure may be based upon justifiable, non-prohibited reasons for departure as part of a sentence that is recommended, or agreed to, in the plea agreement and accepted by the court."

Wherefore Mr. Askins, unopposed by the government, moves for a one-level departure based upon his limited appellate waiver.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Brian R. Leedy_____
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  brian_leedy@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2016, I electronically filed the foregoing

**UNOPPOSED MOTION FOR A ONE LEVEL DOWNWARD DEPARTURE IN EXCHANGE FOR APPELLATE WAIVER**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch
Assistant U.S. Attorney
Email:  martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Mr. John Michael Askins (U.S. Mail)


s/Brian R. Leedy_____
BRIAN R. LEEDY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  brian_leedy@fd.org
Attorney for Defendant