United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 1/4/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 1/4/2010 | BOW-5098 | Check | Service Master | $ 1,500.00 | Management Fee |
| 1/4/2010 | BOW-4171 | Check | Service Master | $ 1,500.00 | Management Fee |
| 1/6/2010 | BOW-5098 | Check | Apple Inc. | $ 2,272.84 | Computer Purchase |
| 1/6/2010 | BOW-5098 | Debit Card | CO Secretary of State | $ 100.00 | Business Registration |
| 1/7/2010 | BOW-5098 | Check | US Treasury | $ 900.00 | Taxes Paid (2006) |
| 1/13/2010 | BOW-5098 | Electronic Debit | Service Master | $ 740.67 | Management Fee |
| 1/13/2010 | BOW-5098 | Electronic Debit | Service Master | $ 246.89 | Management Fee |
| 1/15/2010 | BOW-5098 | Debit Card | CR6548 (Morrison) | $ 51.02 | Gas |
| 1/15/2010 | BOW-5098 | Check | Interlink Supply | $ 1,488.35 | Cleaning Supplies |
| 1/19/2010 | BOW-5098 | Check | Interlink Supply | $ 364.47 | Cleaning Supplies |
| 1/21/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 504.62 | Payment for Business Equip |
| 1/25/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 1/26/2010 | BOW-5098 | Check | Taran Gaurin | $ 45.00 | Temporary Help Wages |
| 1/28/2010 | BOW-5098 | Electronic Debit | Qwest | $ 400.00 | Business Phone Lines |
| 1/29/2010 | BOW-5098 | Check | State of Colorado | $ 290.00 | Rick Sallee - Tax Auditor |
| 2/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 2/1/2010 | BOW-5098 | Debit Card | Yodle Inc | $ 1,036.00 | Fee for increase in web traffic "SEO" |
| 2/2/2010 | BOW-4171 | Check | Vin Dinter & Assoc. | $ 2,504.08 | Cleaning Supplies |
| 2/4/2010 | BOW-5098 | Payment | AT&T | $ 180.73 | Wireless Phone Service |
| 2/4/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 40.00 | Gas |
| 2/5/2010 | BOW-5098 | Debit Card | Safeway Store | $ 20.00 | Gas |
| 2/10/2010 | BOW-4171 | Check | Vin Dinter & Assoc. | $ 2,533.08 | Cleaning Supplies |
| 2/12/2010 | BOW-5098 | Check | Glass West | $ 165.66 | Van Repair |
| 2/12/2010 | BOW-5098 | Electronic Debit | Service Master | $ 637.05 | Management Fee |
| 2/12/2010 | BOW-5098 | Electronic Debit | Service Master | $ 212.11 | Management Fee |
| 2/16/2010 | BOW-5098 | Debit Card | Yodle Inc | $ 1,036.00 | Fee for increase in web traffic "SEO" |
| 2/16/2010 | BOW-4171 | Check | Interlink Supply | $ 114.54 | Cleaning Supplies |
| 2/18/2010 | BOW-5098 | Debit Card | Allied Waste | $ 305.00 | Waste Disposal Fee |
| 2/18/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 2/19/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 2/22/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 504.62 | Payment for Business Equip |
| 2/22/2010 | BOW-4171 | Check | Kevin Wilson | $ 750.00 | Accountant |

United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 2/24/2010 | BOW-5098 | Debit Card | American Family Ins | $ 437.00 | Business Insurance |
| 2/24/2010 | BOW-5098 | Debit Card | American Family Ins | $ 100.00 | Business Insurance |
| 2/24/2010 | BOW-5098 | Electronic Debit | American Family Ins | $ 372.92 | Business Insurance |
| 2/24/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 2/25/2010 | BOW-5098 | Check | CO Dept of Labor | $ 846.00 | Employee Fee |
| 3/1/2010 | BOW-5098 | Electronic Debit | AT&T | $ 170.57 | Wireless Phone Service |
| 3/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 3/2/2010 | BOW-5098 | Electronic Debit | Travelers Ins. | $ 357.72 | Business Insurance |
| 3/2/2010 | BOW-4171 | Check | Vin Dinter & Assoc. | $ 2,500.08 | Cleaning Supplies |
| 3/3/2010 | BOW-5098 | Debit Card | Apple Store | $ 69.00 | Computer Supplies |
| 3/8/2010 | BOW-5098 | Electronic Debit | Qwest | $ 336.07 | Business Phone Lines |
| 3/9/2010 | BOW-5098 | Debit Card | Echo Pages | $ 1,000.00 | Yellow Pages Advertising |
| 3/9/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 3/9/2010 | BOW-5098 | Debit Card | Echo Pages | $ 213.00 | Yellow Pages Advertising |
| 3/10/2010 | BOW-4171 | Electronic Debit | Service Master | $ 639.14 | Management Fee |
| 3/12/2010 | BOW-5098 | Electronic Debit | Service Master | $ 485.72 | Management Fee |
| 3/12/2010 | BOW-5098 | Electronic Debit | Service Master | $ 182.30 | Management Fee |
| 3/12/2010 | BOW-4171 | Check | Service Master | $ 1,300.00 | Management Fee |
| 3/15/2010 | BOW-5098 | Debit Card | Echo Pages | $ 500.00 | Yellow Pages Advertising |
| 3/22/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 504.62 | Payment for Business Equip |
| 3/24/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 3/31/2010 | BOW-5098 | Electronic Debit | Intuit | $ 256.22 | Software (Quickbooks) |
| 4/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 4/1/2010 | BOW-5098 | Debit Card | Office Max | $ 162.03 | Office Supplies |
| 4/1/2010 | BOW-5098 | Electronic Debit | Qwest | $ 229.00 | Business Phone Lines |
| 4/12/2010 | BOW-5098 | Electronic Debit | AT&T | $ 198.03 | Wireless Phone Service |
| 4/14/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 4/14/2010 | BOW-5098 | Electronic Debit | Service Master | $ 567.44 | Credit Card Processing Fee |
| 4/14/2010 | BOW-5098 | Electronic Debit | Service Master | $ 187.38 | Credit Card Processing Fee |
| 4/19/2010 | BOW-5098 | Electronic Debit | AT&T | $ 187.55 | Wireless Phone Service |
| 4/19/2010 | BOW-5098 | Debit Card | Evergreen South | $ 41.00 | Gas |
| 4/21/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 504.62 | Payment for Business Equip |
| 4/22/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 40.11 | Gas |

Page 2 of 7

United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 4/22/2010 | BOW-5098 | Debit Card | The Home Depot | $ 136.04 | Restoration Supplies |
| 4/23/2010 | BOW-5098 | Debit Card | Apple Store | $ 41.70 | Computer Supplies |
| 4/23/2010 | BOW-5098 | Electronic Debit | Qwest | $ 138.34 | Business Phone Lines |
| 4/26/2010 | BOW-5098 | Debit Card | Echo Pages | $ 2,273.13 | Yellow Pages Advertising |
| 4/26/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 4/27/2010 | BOW-5098 | Debit Card | Conoco | $ 72.08 | Gas |
| 5/3/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 5/4/2010 | BOW-5098 | Debit Card | Bradley/Sinclair | $ 71.00 | Gas |
| 5/5/2010 | BOW-5098 | Check | CO State Treasurer | $ 580.00 | Taxes Paid |
| 5/5/2010 | BOW-5098 | Debit Card | Echo Pages | $ 560.13 | Yellow Pages Advertising |
| 5/5/2010 | BOW-5098 | Debit Card | Evergreen South | $ 20.01 | Gas |
| 5/5/2010 | BOW-5098 | Debit Card | Island Ink Jet | $ 10.86 | Computer Supplies |
| 5/10/2010 | BOW-5098 | Debit Card | Echo Pages | $ 2,273.13 | Yellow Pages Advertising |
| 5/10/2010 | BOW-5098 | Debit Card | Evergreen South | $ 40.00 | Gas |
| 5/10/2010 | BOW-5098 | Debit Card | Evergreen South | $ 34.44 | Gas |
| 5/10/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 40.25 | Gas |
| 5/10/2010 | BOW-5098 | Debit Card | Staples | $ 33.46 | Office Supplies |
| 5/14/2010 | BOW-5098 | Debit Card | Qwest | $ 670.17 | Business Phone Lines |
| 5/17/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 20.00 | Gas |
| 5/17/2010 | BOW-5098 | Debit Card | Tandem Promotions | $ 73.50 | Promotional Products |
| 5/19/2010 | BOW-5098 | Debit Card | Safeway Store | $ 40.00 | Gas |
| 5/21/2010 | BOW-5098 | Debit Card | Aztec Financial | $ 956.48 | Payment for Business Equip |
| 5/24/2010 | BOW-5098 | Debit Card | Intuit | $ 29.00 | Software (Quickbooks) |
| 5/24/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 68.50 | Gas |
| 5/24/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 20.69 | Gas |
| 5/25/2010 | BOW-5098 | Debit Card | The Home Depot | $ 58.87 | Restoration Supplies |
| 5/26/2010 | BOW-5098 | Debit Card | American Family Ins | $ 147.00 | Business Insurance |
| 6/1/2010 | BOW-4171 | Electronic Debit | Merchant Services | $ 105.00 | Credit Card Processing Fee |
| 6/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 6/1/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 6/2/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 6/2/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 40.00 | Gas |
| 6/3/2010 | BOW-5098 | Debit Card | Diamond Shamrock | $ 30.00 | Gas |

United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 6/3/2010 | BOW-5098 | Debit Card | Qwest | $ 364.30 | Business Phone Lines |
| 6/4/2010 | BOW-5098 | Check | Service Master | $ 250.00 | Management Fee |
| 6/7/2010 | BOW-5098 | Check | Interlink Supply | $ 715.00 | Cleaning Supplies |
| 6/15/2010 | BOW-5098 | Electronic Check | American Family Ins | $ 474.20 | Business Insurance |
| 6/16/2010 | BOW-5098 | Debit Card | Echo Pages | $ 1,000.00 | Yellow Pages Advertising |
| 6/16/2010 | BOW-5098 | Debit Card | Echo Pages | $ 273.13 | Yellow Pages Advertising |
| 6/16/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 65.00 | Gas |
| 6/17/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 41.00 | Gas |
| 6/17/2010 | BOW-5098 | Debit Card | Safeway Store | $ 50.00 | Gas |
| 6/21/2010 | BOW-5098 | Check | Interlink Supply | $ 674.34 | Cleaning Supplies |
| 6/24/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 6/28/2010 | BOW-5098 | Debit Card | AT&T | $ 136.62 | Wireless Phone Service |
| 6/28/2010 | BOW-5098 | Debit Card | Echo Pages | $ 1,000.00 | Yellow Pages Advertising |
| 6/28/2010 | BOW-5098 | Electronic Debit | Service Master | $ 1,161.83 | Management Fee |
| 6/28/2010 | BOW-5098 | Electronic Debit | Service Master | $ 384.23 | Management Fee |
| 6/29/2010 | BOW-5098 | Electronic Debit | Qwest | $ 452.63 | Business Phone Lines |
| 6/29/2010 | BOW-5098 | Check | US Treasury | $ 197.00 | Taxes Paid (2006) |
| 6/30/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 524.62 | Payment for Business Equip |
| 7/1/2010 | BOW-4171 | Electronic Debit | Merchant Services | $ 40.00 | Credit Card Processing Fee |
| 7/1/2010 | BOW-5098 | Debit Card | Harbor Freight | $ 22.98 | Restoration Supplies |
| 7/1/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 70.00 | Gas |
| 7/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 7/1/2010 | BOW-5098 | Debit Card | Staples | $ 16.70 | Office Supplies |
| 7/2/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 7/2/2010 | BOW-5098 | Debit Card | Ponderosa Market | $ 20.00 | Gas |
| 7/6/2010 | BOW-5098 | Debit Card | Safeway Store | $ 50.00 | Gas |
| 7/7/2010 | BOW-5098 | Debit Card | Evergreen South | $ 59.25 | Gas |
| 7/12/2010 | BOW-4171 | Check | Service Master | $ 600.00 | Management Fee |
| 7/14/2010 | BOW-5098 | Debit Card | Echo Pages | $ 500.00 | Yellow Pages Advertising |
| 7/15/2010 | BOW-4171 | Check | Service Master | $ 4,583.87 | Management Fee |
| 7/19/2010 | BOW-5098 | Debit Card | Echo Pages | $ 500.00 | Yellow Pages Advertising |
| 7/23/2010 | BOW-4171 | Electronic Check | American Family Ins | $ 310.00 | Business Insurance |
| 7/26/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |

United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 7/27/2010 | BOW-5098 | Electronic Debit | Ferrell Gas | $ 298.44 | Propane for Warehouse |
| 7/28/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 524.62 | Payment for Business Equip |
| 7/28/2010 | BOW-5098 | Debit Card | Echo Pages | $ 1,273.13 | Yellow Pages Advertising |
| 7/29/2010 | BOW-5098 | Check | Polar Gas | $ 400.00 | Propane for Warehouse |
| 7/29/2010 | BOW-5098 | Electronic Debit | Republic Services | $ 352.54 | Dumpster Rental |
| 8/2/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 8/3/2010 | BOW-4171 | ACH Debit | Merchant Services | $ 40.00 | Credit Card Processing Fee |
| 8/10/2010 | BOW-5098 | Debit Card | Fastener Superstore | $ 63.04 | Restoration Supplies |
| 8/11/2010 | BOW-5098 | Debit Card | Diamond Shamrock | $ 20.00 | Gas |
| 8/11/2010 | BOW-5098 | Check | US Treasury | $ 197.00 | Taxes Paid (2006) |
| 8/12/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 40.00 | Gas |
| 8/19/2010 | BOW-4171 | Check | WJMS | $ 313.00 | Waste Disposal Fee |
| 8/23/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 504.62 | Payment for Business Equip |
| 8/25/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 8/25/2010 | BOW-5098 | Check | Service Master | $ 525.00 | Management Fee |
| 8/30/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 9/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 9/2/2010 | BOW-4171 | ACH Debit | Merchant Services | $ 105.73 | Credit Card Processing Fee |
| 9/2/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 9/7/2010 | BOW-5098 | Debit Card | Apple Store | $ 51.63 | Computer Supplies |
| 9/7/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 20.00 | Gas |
| 9/7/2010 | BOW-5098 | Electronic Debit | Qwest | $ 201.52 | Business Phone Lines |
| 9/7/2010 | BOW-5098 | Debit Card | The Home Depot | $ 22.56 | Restoration Supplies |
| 9/8/2010 | BOW-5098 | Check Printing | Harland Clarke | $ 40.00 | Business checks |
| 9/13/2010 | BOW-5098 | Debit Card | American Family Ins | $ 575.00 | Business Insurance |
| 9/13/2010 | BOW-5098 | Debit Card | American Family Ins | $ 500.00 | Business Insurance |
| 9/13/2010 | BOW-5098 | Electronic Debit | Service Master | $ 1,184.64 | Management Fee |
| 9/13/2010 | BOW-5098 | Electronic Debit | Service Master | $ 391.90 | Management Fee |
| 9/20/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 9/20/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 20.00 | Gas |
| 9/20/2010 | BOW-5098 | Electronic Check | The Home Depot | $ 92.95 | Restoration Supplies |
| 9/27/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 9/28/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 504.62 | Payment for Business Equip |

Page 5 of 7

United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 10/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 10/1/2010 | BOW-5098 | Debit Card | Polar Gas | $ 471.22 | Propane for Warehouse |
| 10/4/2010 | BOW-4171 | ACH Debit | Merchant Services | $ 65.00 | Credit Card Processing Fee |
| 10/4/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 10/4/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 10/4/2010 | BOW-5098 | Purchase | Qwest | $ 200.00 | Business Phone Lines |
| 10/5/2010 | BOW-5098 | Check | Jefferson County | $ 250.42 | Taxes for Van |
| 10/7/2010 | BOW-5098 | Debit Card | Apple Mobile | $ 24.25 | Computer Supplies |
| 10/8/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 10/12/2010 | BOW-5098 | Debit Card | Aspen Park Hardware | $ 6.66 | Restoration Supplies |
| 10/12/2010 | BOW-5098 | Debit Card | Aspen Park Hardware | $ 6.47 | Restoration Supplies |
| 10/12/2010 | BOW-5098 | Debit Card | Conoco | $ 20.00 | Gas |
| 10/12/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 10/12/2010 | BOW-5098 | Debit Card | Xactware | $ 356.00 | Estimating Software for Restoration |
| 10/13/2010 | BOW-5098 | Debit Card | Hoffman Small Engine | $ 103.02 | Van Repair |
| 10/14/2010 | BOW-5098 | Debit Card | Aspen Park Hardware | $ 60.00 | Restoration Supplies |
| 10/19/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 58.80 | Gas |
| 10/21/2010 | BOW-5098 | Debit Card | Aztec Financial | $ 504.62 | Payment for Business Equip |
| 10/21/2010 | BOW-5098 | Debit Card | Safeway Store | $ 64.00 | Gas |
| 10/25/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 10/25/2010 | BOW-5098 | Check | Service Master | $ 3,256.00 | Management Fee |
| 10/25/2010 | BOW-4171 | Check | Service Master | $ 2,000.00 | Management Fee |
| 10/26/2010 | BOW-5098 | Electronic Debit | Qwest | $ 200.00 | Business Phone Lines |
| 10/27/2010 | BOW-5098 | Check | Tony Miller | $ 150.00 | Temporary Help Wages |
| 10/29/2010 | BOW-5098 | Levy | CO Dept of Labor | $ 1,457.98 | Employee Fee |
| 10/29/2010 | BOW-5098 | Levy | CO Dept of Labor | $ 100.00 | Employee Fee |
| 10/29/2010 | BOW-5098 | Electronic Debit | Qwest | $ 50.22 | Business Phone Lines |
| 10/29/2010 | BOW-5098 | Debit Card | Safeway Store | $ 20.00 | Gas |
| 11/1/2010 | BOW-4171 | Electronic Debit | Merchant Services | $ 72.09 | Credit Card Processing Fee |
| 11/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 11/1/2010 | BOW-5098 | Debit Card | Safeway Store | $ 65.00 | Gas |
| 11/8/2010 | BOW-5098 | Debit Card | Evergreen South | $ 68.01 | Gas |
| 11/12/2010 | BOW-5098 | Electronic Debit | Service Master | $ 1,301.51 | Management Fee |

United States v. John Michael Askins
Business COGS Expense Chart

| Date | Account | Transaction Type | Payee | Amount | Business Purpose |
|---|---|---|---|---|---|
| 11/12/2010 | BOW-4171 | Check | Service Master | $ 2,000.00 | Management Fee |
| 11/16/2010 | BOW-5098 | Electronic Check | American Family Ins | $ 544.88 | Business Insurance |
| 11/17/2010 | BOW-4171 | Check | ROHI Of Colorado | $ 3,040.40 | SM by Alex Acosta (sub-contractor) |
| 11/19/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 11/22/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 11/30/2010 | BOW-4171 | Electronic Debit | AT&T | $ 299.89 | Wireless Phone Service |
| 11/30/2010 | BOW-4171 | Electronic Debit | Yellow Pages | $ 1,467.62 | Yellow Pages Advertising |
| 12/1/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 12/1/2010 | BOW-5098 | Electronic Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 12/3/2010 | BOW-5098 | Debit Card | Safeway Store | $ 20.00 | Gas |
| 12/8/2010 | BOW-4171 | ACH Debit | Merchant Services | $ 306.60 | Credit Card Processing Fee |
| 12/8/2010 | BOW-4171 | ACH Debit | Merchant Services | $ 20.00 | Credit Card Processing Fee |
| 12/8/2010 | BOW-4171 | ACH Debit | Qwest | $ 420.26 | Business Phone Lines |
| 12/10/2010 | BOW-5098 | Debit Card | Echo Pages | $ 798.15 | Yellow Pages Advertising |
| 12/10/2010 | BOW-4171 | Check | Ferrell Gas | $ 459.58 | Propane for Warehouse |
| 12/13/2010 | BOW-4171 | Electronic Debit | Service Master | $ 1,446.72 | Management Fee |
| 12/15/2010 | BOW-4171 | Check | US Treasury | $ 1,610.96 | Taxes Paid (2006) |
| 12/16/2010 | BOW-4171 | Electronic Debit | Service Master | $ 260.22 | Management Fee |
| 12/16/2010 | BOW-4171 | Electronic Debit | Service Master | $ 91.41 | Management Fee |
| 12/20/2010 | BOW-4171 | Electronic Debit | AT&T | $ 303.93 | Wireless Phone Service |
| 12/21/2010 | BOW-5098 | Electronic Debit | Aztec Financial | $ 3,132.55 | Payment for Business Equip |
| 12/21/2010 | BOW-4171 | Check | Big O Tires | $ 346.98 | Van Repair |
| 12/23/2010 | BOW-5098 | Electronic Debit | Service Master | $ 929.33 | Management Fee |
| 12/24/2010 | BOW-5098 | Debit Card | K&G Petroleum | $ 20.00 | Gas |
| 12/27/2010 | BOW-5098 | Electronic Debit | Intuit | $ 29.00 | Software (Quickbooks) |
| 12/28/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 40.00 | Gas |
| 12/30/2010 | BOW-4171 | Electronic Debit | Yellow Pages | $ 1,295.00 | Yellow Pages Advertising |
| 12/30/2010 | BOW-5098 | Debit Card | Loaf N Jug | $ 50.00 | Gas |
| 12/31/2010 | BOW-5098 | Check | ROHI Of Colorado | $ 2,500.00 | SM by Alex Acosta (sub-contractor) |
| 12/31/2010 | BOW-4171 | Check | Pete Andres | $ 100.00 | Temporary Help Wages |

TOTAL 2010 Business Expenses & COGS        $ 102,496.32